UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, aka GARY FISHER,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>Defendant. | Case No. 14-cv-04157-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Barger's allegations are based on events occurring at the California Health Care Facility in Stockton, California, which lies in the Eastern District of California. Accordingly, this federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** October 6, 2014



WILLIAM H. ORRICK
United States District Judge